UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL RODIO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO COMPANY,<br><br>　　　　　Defendant. | Civil Action No. 04 CV 10006 WGY |

**CORPORATE DISCLOSURE STATEMENT**

Defendant R.J. Reynolds Tobacco Company ("RJRT") hereby states that it is a wholly owned subsidiary of R.J.R. Tobacco Holdings, Inc., which is publicly traded on the New York Stock Exchange.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　R.J. REYNOLDS TOBACCO COMPANY

　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Mark H. Burak, BBO# 558805
　　　　　　　　　　　　　　　　Sandra E. Kahn, BBO # 564510
　　　　　　　　　　　　　　　　Morse, Barnes-Brown & Pendleton, P.C.
　　　　　　　　　　　　　　　　Reservoir Place
　　　　　　　　　　　　　　　　1601 Trapelo Road
　　　　　　　　　　　　　　　　Waltham, MA 02451
　　　　　　　　　　　　　　　　(781) 622-5930
　　　　　　　　　　　　　　　　(781) 622-5933 (facsimile)

　　　　　　　　　　　　　　　　OF COUNSEL:

W.R. Loftis, Jr., N.C. Bar No. 2774
Kristine M. Howard, N.C. Bar No. 26903
Candice S. Wooten, N.C. Bar No. 28161
Constangy, Brooks & Smith, LLC
100 North Cherry Street, Suite 300
Winston-Salem, NC  27101
(336) 721-1001
(336) 748-9112 (facsimile)

Dated:  January 9, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on all attorneys of record by first class mail this 9th day of January, 2004

_____
Mark H. Burak