UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL RODIO,<br><br>Plaintiff,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO COMPANY,<br><br>Defendant. | Civil Action No. 04 CV 10006 WGY |

### CERTIFICATE OF W. RANDOLPH LOFTIS, JR.

W. Randolph Loftis, Jr., being duly sworn, hereby certifies that:

1.  I am a Managing Member with the firm of Constangy, Brooks and Smith, LLC, 100 North Cherry Street, Suite 300, Winston-Salem, North Carolina 27101. This certificate is submitted in support of the motion pursuant to LR 83.5.3 seeking my admission to practice before this Court in the above captioned case.

2.  I am a member of the bar in good standing in the State of North Carolina, and am admitted to the United States District Court for the Eastern District of North Carolina, the United States District Court for the Middle District of North Carolina, and the United States District Court for the Western District of North Carolina, the United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court.

3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of this Court.

5. This application, pursuant to LR 83.5.3, is made so that I may appear on behalf of Defendant R.J. Reynolds Tobacco Company ("RJRT").

WHEREFORE, I respectfully request that this motion be granted and that I be admitted to practice before this Court *pro hac vice.*

_____
W. Randolph Loftis, Jr.

Sworn to before me this 21st day of January, 2004.

_____
Notary Public

My Commission Expires: 2/22/05



## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on all attorneys of record by first class mail this 26th day of January, 2004.

_____
Mark H. Burak