UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 04-10006-~~WGY~~ JGD

| | |
|---|---|
| MICHAEL RODIO )<br>      Plaintiff     )<br>)<br>vs.                      )<br>)<br>R.J. REYNOLDS TOBACCO COMPANY )<br>      Defendant   )   | JOINT STATEMENT<br>FOR SCHEDULING |

Pursuant to the Scheduling Order entered on March 1, 2004, the parties advise the Court as follows:

1. Discovery has not been completed. Both parties desire an additional three (3) months. Defendant intends to file a Motion to Compel Discovery.

2. The parties propose the following schedule for the remainder of the case through trial:

    a. Dispositive Motions - sixty (60) days after close of discovery;

    b. Response to Dispositive Motions - Thirty (30) days after filing of motions;

    c. Reply - Thirty (30) days after response;

    d. Trial to be set by the Court;

    e. All other dates will be in accordance with LR 16.5

3. The parties have not agreed to utilize alternate dispute resolution.

This the 26 day of August, 2004.

_____
W. R. Loftis, Jr.

COUNSEL FOR DEFENDANT:
**CONSTANGY, BROOKS & SMITH, LLC**
100 N. Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

Mark H. Burak

OF COUNSEL:
**Morse, Barnes-Brown & Pendleton, P.C.**
Reservoir Place
1601 Trapelo Rd.
Waltham, MA 02451
Telephone: (781) 622-5930
Facsimile: (781) 622-5933

_____
Michael S. Sahady

COUNSEL FOR PLAINTIFF:
**Sahady Associates, P.C.**
373 North Main Street
Fall River, Massachusetts 02720
Telephone: (508) 674-9444
Facsimile: (508) 674-8430