**SAHADY ASSOCIATES, P.C.**
Counsellors at Law
399 North Main Street
Fall River, MA 02720
Tel. 508-674-9444   Fax 508-674-8430



April 26, 2004

W.R. Loftis, Jr., Esquire
CONSTANGY, BROOKS & SMITH, LLC
100 N. Cherry Street, Suite 300
Winston-Salem, North Carolina 27101

Re: Michael Rodio v. R.J. Reynolds Tobacco Company
No: 04 CV 10006 WGY

Dear Attorney Loftis:

I am herewith enclosing Plaintiff's Answers to Defendant's Interrogatories and Plaintiff's Response to Defendant's Request for Production of Documents. In Plaintiff's Response to Defendant's Request for Production you will find all the documents you requested as per your letter of March 17, 2004 with the exception of "documents showing current merchandising and proposed merchandising/RDA scenario. Although we had this document, we are now unable to find it. We will provide you with a copy if found.

I realize that you prefer to depose the plaintiff sometime in May. I will, however, be forwarding to you Plaintiff's Interrogatories to the defendant together with a Request for Production of Documents. May I suggest that you stay your deposition of the plaintiff until I have received your responses and after which we can agree on a date when the plaintiff and defendant's agents and servants may be deposed.

Thank you for your kind cooperation.

Very truly yours,

Michael S. Sahady

MSS/app
Enclosures
cc: Mark H. Burak, Esquire