# CONSTANGY, BROOKS & SMITH, LLC

ATTORNEYS AT LAW
100 N. CHERRY STREET
SUITE 300
WINSTON-SALEM, NORTH CAROLINA 27101
TELEPHONE (336) 721-1001  •  FACSIMILE (336) 748-9112
IN CHARLOTTE CALL (704) 344-1040
www.constangy.com



March 17, 2004

Michael S. Sahady                               Via Facsimile and U.S. Mail
399 North Main Street                           Fax: (508) 674-8430
Fall River, Massachusetts 02720

RE: Michael Rodio v. R.J. Reynolds Tobacco Company

Dear Michael:

I appreciate your faxing the Plaintiff's Initial Disclosures. With respect to the documents, we do not need copies of the following documents:

> Employee Benefit Plan Booklet
> Retirement Plans
> Savings Plans
> Group Insurance Plans
> R.J. Reynolds Scholastic Savings Plan
> Annual Statements of Employee Benefits
> Group Health Insurance Plans
> Investment Funds Plans
> Statements under ERISA
> W-2 Forms

With respect to the remaining documents, I would appreciate your office sending me copies of those documents. You can send me an invoice for any copying charges. I would like to receive these documents no later than the time you serve responses to outstanding discovery.

   If you have any questions or concerns with the above, please let me know. I also look forward to hearing from you regarding deposition dates in May.

                  Very truly yours,

                  W. R. Loftis, Jr.

WRL, Jr./te
Enc.