COPY 7

```
                                    VOLUME   I

                              PAGES   1 to 243

                              EXHIBITS 1 to 24


            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
                  CASE NO. 04-10006-WGY

      -----------------------------------
      MICHAEL RODIO,
                        Plaintiff,    :

              vs.                     :

      R.J. REYNOLDS TOBACCO COMPANY,  :
                        Defendant.
      -----------------------------------


              DEPOSITION OF MICHAEL RODIO, taken in

      behalf of the Defendant, pursuant to the applicable

      provisions of the Massachusetts Rules of Civil

      Procedure, before Sherri A. DeTerra-Medeiros,

      Shorthand Reporter and Notary Public in and for the

      Commonwealth of Massachusetts, at the Law Offices

      of Sahady Associates, 399 No. Main Street, Fall

      River, Massachusetts, on Tuesday, August 31, 2004,

      commencing at 10:54 a.m.

                  DETERRA REPORTING SERVICES
                        One Bow Drive
                 Acushnet, Massachusetts 02743
            Tel. (508) 763-2542   Fax (508) 763-3521
                        1-800-588-8461
```

1  have to do, and I am confident the court will do
2  what is right.
3              MR. LOFTIS:  And then we'll decide
4  what we need to do to finish up this deposition.
5              MR. SAHADY:  So you are done today
6  with the exception of --
7              MR. LOFTIS:  I am done today because
8  you said I was done.
9              MR. SAHADY:  No.  I didn't say you
10 were done.  I was reminding you that it's been
11 seven hours.  You want to go further?
12             MR. LOFTIS:  I don't have anything
13 further at this time until we resolve the discovery
14 issues.  If we are going to have to come back, I
15 would only want to have to do it once.
16             ( Whereupon the deposition suspended
17 at 5:55 p.m. )
18
19
20
21
22
23
24