UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL RODIO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10006-JGD |
| | ) | |
| R.J. REYNOLDS TOBACCO COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following a scheduling conference held today pursuant to Fed. R. Civ. P. 16(a), it is hereby ORDERED, as agreed to by both parties:

1. The two outstanding depositions will be completed at a time mutually agreed to by the parties.

2. Deadlines for motions regarding summary judgment will be suspended pending the outcome of mediation.

3. This case will be referred to mediation to be held in early January if possible. The parties will be notified of a specific date by the ADR provider.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: December 7, 2004