# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MICHAEL RODIO**
    **Plaintiff,**

v.                **CIVIL ACTION NO. 04-10006-JGD**

**R.J. REYNOLDS TOBACCO CO.,**
    **Defendant.**

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Tuesday, January 11, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                              ROBERT B. COLLINGS
                              United States Magistrate Judge
        By:

                              *Kathleen M. Dolan*
                              Deputy Clerk
                              617-748-9229

Date: December 23, 2004.

Notice sent to:
Messrs. Michael S. Sahady, Candace S. Wooten, Kristine M. Howard, Mark H. Burak, Sandra E. Kahn, W. R. Loftis, Jr.