# United States District Court
# District of Massachusetts

MICHAEL RODIO,
                Plaintiff,

        v.                          CIVIL ACTION NO. 2004-10006-JGD

R.J. REYNOLDS TOBACCO CO.,
                Defendant.

## REPORT RE: REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

        On January 11, 2005,  I held the following ADR proceeding:

        \_\_\_\_\_  EARLY NEUTRAL EVALUATION        \_\_\_X\_\_\_  MEDIATION

        \_\_\_\_\_  MINI-TRIAL                      _____  SUMMARY JURY TRIAL

        \_\_\_\_\_  SETTLEMENT CONFERENCE

        Plaintiff's and defendant's counsel, the plaintiff and two representatives of the defendant were present.

[X ]    A further private caucus (by telephone) with the plaintiff and his counsel is set for 1/27/2005 at 3:00 P.M. and a further mediation session with both parties is set for February 24, 2004 at 10:30 A.M.


        January 11, 2005                *Robert B. Collings*
        DATE                            ROBERT B. COLLINGS
                                        United States Magistrate Judge

Copy to:    Judge Dein
            Amy Bressler Nee, Esquire,
            Counsel for all parties.