# United States District Court
# District of Massachusetts

MICHAEL RODIO,
        Plaintiff,

v.                             CIVIL ACTION NO. 2004-10006-JGD

R.J. REYNOLDS TOBACCO CO.,
        Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

    On January 11, 2005 and February 24, 2005, I held the following ADR proceeding:

| _____ | EARLY NEUTRAL EVALUATION | __X__ | MEDIATION |
| _____ | MINI-TRIAL | _____ | SUMMARY JURY TRIAL |
| _____ | SETTLEMENT CONFERENCE | | |

Plaintiff's and defendant's counsel, the plaintiff and two representatives of the defendant were present.

[X]    On February 24, 2005, the Court suggested a figure at which the case should settle; counsel for each party are to notify the Court by fax on or before the close of business on March 17, 2005 as to whether or not their client agrees to settle the case for the Court's suggested figure.


    February 24, 2005                                   *Robert B. Collings*
        DATE                                           ROBERT B. COLLINGS
                                                           United States Magistrate Judge

Copy to:     Judge Dein
                  Amy Bressler Nee, Esquire,
                  Counsel for all parties.