# United States District Court
# District of Massachusetts

MICHAEL RODIO,
          Plaintiff,

v.                                CIVIL ACTION NO. 2004-10006-JGD

R.J. REYNOLDS TOBACCO CO.,
          Defendant.

## *REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE*

COLLINGS, U.S.M.J.

    On January 11, 2005 and February 24, 2005, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     \_\_X\_\_ MEDIATION

\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

    Plaintiff's and defendant's counsel, the plaintiff and two representatives of the defendant were present.

[X]     The case was NOT SETTLED. You should restore the case to your trial list.


<u>March 18, 2005</u>                              *Robert B. Collings*
DATE                                         ROBERT B. COLLINGS
                                               United States Magistrate Judge

Copy to:     Judge Dein
               Amy Bressler Nee, Esquire,
               Counsel for all parties.