UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL RODIO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10006-JGD |
| | ) | |
| R.J. REYNOLDS TOBACCO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference has been scheduled for Tuesday, April 26, 2005, at 10:30A.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

    (a)    the status of the case; and
    (b)    scheduling for the remainder of the case through trial.

**The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized above.**

                                        SARAH A. THORNTON
                                        CLERK OF COURT


                                        / s / Jolyne D'Ambrosio
DATED:  March 21, 2005                  By:  Deputy Clerk