UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 04-10006-JGD

| | |
|---|---|
| MICHAEL RODIO<br>    Plaintiff | )<br>)<br>) |
| vs. | )  JOINT STATEMENT<br>)  Pursuant to Court's<br>)  Scheduling Order issued 3/21/05 |
| R.J. REYNOLDS TOBACCO COMPANY<br>    Defendant | )<br>)<br>) |

a). The parties need to complete the deposition of the Plaintiff and the Plaintiff wishes to depose an additional management employee of Defendant. Those depositions are scheduled for June 14, 2005 and June 15, 2005. Upon the completion of those depositions, discovery will be complete.

b). The parties request that the deadline for any Motion for Summary Judgment be set for August 15, 2005; that Response be due thirty (30) days from the service of the Motion for Summary Judgment and that any Reply be due fourteen (14) days from the service of the response.

c). The parties request that a trial date be set by the Court allowing the Court adequate time to rule on any Motion(s) for Summary Judgment.

d). The parties suggest that pretrial disclosures be made as provided in F.R.C.P. 26(a)(3).

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430

Respectfully submitted,
By their attorneys,

| | |
|---|---|
| CONSTANGY, BROOKS & SMITH, LLC | SAHADY ASSOCIATES, P.C. |
| *W.R. Loftis (M.S.)* | *Michael S. Sahady* |
| W.R. Loftis, Jr. | Michael S. Sahady |
| 100 No. Cherry Street | 399 North Main Street |
| Suite 300 | Fall River, MA 02720 |
| Winston-Salem, NC 27101 | BBO#437820 |
| (336)721-1001 | (508) 674-9444 |

Dated: April 15th, 2005

SAHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL. (508) 674-9444
FAX: (508) 674-8430