UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL RODIO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10006-JGD |
| | ) | |
| R.J. REYNOLDS TOBACCO COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. Parties shall take the remaining depositions necessary to complete discovery by **June 15, 2005**.

2. Any motions for summary judgment shall be filed by **August 15, 2005**. Responses to summary judgment motions shall be filed thirty (30) days from the service of the motion for summary judgment; any reply shall be filed fourteen (14) days from the service of the response.

3. A hearing on motions for summary judgment shall be held **October 13, 2005 at 2:45 P.M.** in Courtroom #15 on the 5th floor.

4. Trial is set for **January 30, 2006**. A separate pretrial order shall be issued.

        / s / Judith Gail Dein
        Judith Gail Dein
DATED: April 26, 2005        United States Magistrate Judge