UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-10006-JGD

MICHAEL RODIO )
       Plaintiff )
)
vs. )
)
)
R.J. REYNOLDS TOBACCO COMPANY )
       Defendant )
)

## APPENDIX OF EXHIBITS IN PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

| **EXHIBIT** | **DOCUMENT** |
|---|---|
| A | Complaint |
| B | Affidavit of Michael Rodio |
| C | Chart |
| D | Letter of Termination |
| E | Excerpts from Deposition of Richard Kane |
| F | Decision of the Dept. of Labor and Workforce Development, Division of Unemployment Assistance |
| G | Excerpts from transcript of Hearing before the Massachusetts Division of Unemployment and Training |
| H | Annual Statement of Employee Benefits dated 1/1/02 |