# EXHIBIT  A

#22

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                                    SUPERIOR COURT
                                                  CIVIL ACTION NC:


MICHAEL RODIO                     )
                Plaintiff         )
                                  )
          vs.                     )
                                  )
R.J. REYNOLDS TOBACCO COMPANY ˙)
                Defendant         )
_____)


### *PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL*


**The parties**

1. The plaintiff is MICHAEL RODIO, a natural person residing at Wrentham, Nc   lk

   County, Commonwealth of Massachusetts.

2. The defendant, R.J. REYNOLDS TOBACCO COMPANY, hereinafter referre   , as

   R.J. REYNOLDS, is a foreign corporation doing business at 1500 West Park I   e,

   Westborough, Worcester County, Commonwealth of Massachusetts.

**Factual Allegations**

**COUNT I**

3. The plaintiff, MICHAEL RODIO, worked as a sales representative for R.J. RF   JOLDS

   for twenty-six (26) years namely from October 12, 1976 to October 28, 2002,   en he

   was wrongfully terminated.

4. The plaintiff, MICHAEL RODIO, had worked for the twenty-six years on a fi   ime

   basis and was paid about One Thousand ($1,000.00) Dollars a week.

SAHADY ASSOCIATES, P.C.
COUNSELLORS AT LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

5. The employment of the plaintiff by the defendant, R.J. REYNOLDS, was on an a    ill basis.

6. The plaintiff was wrongfully terminated on October 28, 2002 without the expirati    of a reasonable period following the notice of termination contrary to the laws of the Commonwealth of Massachusetts.

WHEREFORE, the plaintiff, MICHAEL RODIO, requests that the Court asce    n plaintiff's damages and enter judgment for him in that amount.

## COUNT II

7. The plaintiff realleges and reavers the allegations contained in paragraphs 1 throu    6 and incorporates them herein by reference.

8. On October 28, 2002, the defendant, R.J. REYNOLDS, in violation of the covena    of good faith and fair dealing wrongfully discharged the plaintiff, MICHAEL RODI from its employ after twenty-six (26) years of good and faithful service to the def    lant tobacco company.

9. As a result of his wrongful discharge from the employ of the defendant tobacco company, the plaintiff lost raises and bonuses, lost auto benefits, lost insurance coverage, lost retirement benefits, lost profit sharing benefits, lost social security contributions, lost stock options, lost vacation time and many other benefits to w    n he would have been otherwise entitled had he not been wrongfully terminated.

10. The plaintiff, MICHAEL RODIO, has suffered humiliation, mental and emotion suffering, and distress, and has suffered diminution of future earning capacity, fc    l of which he claims damages from the defendant, R.J. REYNOLDS.

HADY ASSOCIATES, P.C.
COUNSELLORS at LAW
NORTH MAIN STREET
FALL RIVER.
MASSACHUSETTS 02720

WHEREFORE, the plaintiff, MICHAEL RODIO, requests that the Court as    ain

plaintiff's damages and enter judgment for him in that amount.

## COUNT III

11. The plaintiff realleges and reavers the allegations contained in paragraphs 1 thre    1 10
and incorporates them herein by reference.

12. On October 28, 2002, MICHAEL RODIO, was wrongfully terminated from the    ploy
of the defendant, R.J. REYNOLDS after twenty-six (26) years.

13. The plaintiff's wrongful termination was contrary to good public policy in that
defendant, R.J. REYNOLDS had prodded and urged him to pedal cigarettes bel    the
minimum price legally set by the Commonwealth of Massachusetts.

14. The termination was contrary to public policy in that the plaintiff had been war    g the
company regarding the inflation of its earnings and insider trading based on the
inflated stock prices.

WHEREFORE, the plaintiff, MICHAEL RODIO, requests that the Court a    rtain

plaintiff's damages and enter judgment for him in that amount.

## COUNT IV

15. The plaintiff realleges and reavers the allegations contained in paragraphs 1 th    gh 14
and incorporates them herein by reference.

16. By letter dated August 4, 2003, forwarded to the defendant under the provisiol    f
Chapter 93A of the General Laws of the Commonwealth of Massachusetts, th    aintiff
demanded relief from the defendant for the losses that he suffered as a result c

AHADY ASSOCIATES, P.C.
COUNSELLORS AT LAW
99 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

defendant's wrongful termination of him, a copy of which letter is annexed here  nd

made a part hereof and marked as Exhibit 1.

17. By letter dated 8/12/03, counsel for the defendant, and on behalf of the defendar

refused to grant or offer any relief to the plaintiff, a copy of defendant's counsel  ter to

plaintiff's counsel is annexed hereto and made a part hereof and is marked as Ex  )it 2.

18. The defendant, R.J. REYNOLDS, knew or should have known that its actions ir  ing

the plaintiff constituted wrongful termination and relief under Chapter 93a of the

General Laws should have been granted.

19. Defendant's refusal to fairly compensate the plaintiff for his damages is a willfu  :t of

unfair business practices and is made in bad faith.

WHEREFORE, the plaintiff requests that the Court determine the fair and adeqı  :

compensation due the plaintiff and award him three times that amount as per the pre  ;ions

of Chapter 93A of the General Laws of the Commonwealth of Massachusetts, toget  with

his costs and attorney's fees.

THE PLAINTIFF CLAIMS A TRIAL BY JURY ON ALL COUNTS.

By his attorney,

Michael S. Sahady
373 North Main Street
Fall River, MA 02720
508-674-9444
BBO#437820

Dated: November 19, 2003

AHADY ASSOCIATES, P.C.
COUNSELLORS at LAW
399 NORTH MAIN STREET
FALL RIVER,
MASSACHUSETTS 02720

TEL: (508) 674-9444
FAX: (508) 674-8430