# EXHIBIT C

| | | | PACKS |
|---|---|---|---|
| ✓ FULL MARGIN | $ 43.92 | $ 54.90 | 5.49 |
| ✓ GENERIC | $ 41.15 | $ 51.44 | 5.15 |
| LIGGETT SELECT | $ 27.74 | $ 34.68 | 3.47 |
| AMERICAN SPIRIT | $ 43.85 | $ 54.82 | 5.49 |
| MONARCH | $ 32.06 | $ 40.08 | 4.01 |
| MONTCLAIR | $ 33.03 | $ 41.28 | 4.13 |
| SPORT | $ 28.06 | $ 35.08 | 3.51 |
| PRIVATE STOCK | $ 30.57 | $ 38.22 | 3.83 |
| ✓ GPC AND VICEROY | $ 32.41 | $ 40.52 | 4.06 |
| ✓ PALL MALL AND MISTY | $ 32.41 | $ 40.52 | 4.06 |
| ✓ U.S.A   .95 | $ 29.90 | $ 37.38 | 3.74 |
| ~~WAVE~~ | $ 28.18 | $ 35.23 | 3.53 |
| RIVIERA | $ 29.90 | $ 37.38 | 3.74 |
| MALIBU | $ 33.03 | $ 41.28 | 4.13 |
| POINT   3/17  +75¢ | $ 24.97 | $ 31.22 | 3.13 |
| NATURAL BLEND | $ 33.59 | $ 41.99 | 4.20 |
| PYRAMID | $ 29.90 | $ 37.38 | 3.74 |