# EXHIBIT H

ANNUAL STATEMENT OF EMPLOYEE BENEFITS

SUBJECT TO PROVISIONS OF THE VARIOUS BENEFIT PLANS

```
     1 01130 B 000000054445 000 RJRT              AS OF JANUARY 1, 2002
M P RODIO                                         R. J. REYNOLDS TOBACCO COMPAN
32 MOUNT STREET
WRENTHAM              MA   02093                  BORN 08/01/1952
                                                  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
```

\* \* \* GROUP BENEFITS \* \* \* \* GROUP BENEFITS \* \* \* \* GROUP BENEFITS    \* \*

```
THESE ARE YOUR            BASIC GROUP LIFE INSURANCE *      97,000
 GROUP BENEFIT       ACCIDENTAL DEATH AND DISMEM. INS. *    97,000
COVERAGES AS OF          OPTIONAL GROUP LIFE INSURANCE *    97,000
JANUARY 1, 2002     OPTIONAL ACC. DEATH AND DISMEM. INS. *  97,000
                    LIFE INSURANCE FOR YOUR DEPENDENTS * ELIG. DEPS. COVERED
                    BUSINESS TRAVEL ACCIDENT INSURANCE *     241,000
                          LONG TERM DISABILITY BENEFIT * 2,008.25 MONTHLY MAX
                            MANAGED CHOICE (POS) PLAN * EMP + 2 OR MORE DEPS
                                    DENTAL EXPENSE PLAN * EMP + 2 OR MORE DEPS
```

\* \* \* TIME OFF WITH PAY \* \* TIME OFF WITH PAY \* \* TIME OFF WITH PAY    \* \*

```
                         HOLIDAYS OBSERVED IN 2002 *      11 HOLIDAYS
                             PAID VACATION IN 2002 *      25 DAYS
                         PLUS CARRIED-OVER VACATION *     64.0 HOURS
                       DISABILITY SALARY CONTINUATION *   BASED ON YRS SVC
```

\* \* RETIREMENT BENEFITS \* RETIREMENT BENEFITS \* RETIREMENT BENEFITS    \* \*

THE ESTIMATED BENEFIT WHICH YOU HAD EARNED AS OF 01/01/2002 WAS:

    AS AN IMMEDIATE LUMP-SUM AMOUNT............................  98,764
          - OR -
    AS AN IMMEDIATE MONTHLY LIFETIME BENEFIT..................    640 / MO

FOR GRANDFATHERED EMPLOYEES WHO ARE 55 WITH 20 YEARS OF SERVICE, THE MONTHLY
BENEFIT SHOWN IS THE GREATER OF THE OLD AND NEW RETIREMENT FORMULAS.

IF YOU CONTINUE TO EARN YOUR CURRENT RATE OF PAY UNTIL AGE 65, YOU COULD BE
ELIGIBLE FOR A SOCIAL SECURITY BENEFIT OF APPROXIMATELY    1,553 PER MONTH

YOU ARE FULLY VESTED IN YOUR RETIREMENT BENEFITS.

AS A REMINDER, INFORMATION IN THE GROUP BENEFITS SECTION REPRESENTS COVERAGES IN
EFFECT ON 1-1-2002.  BENEFIT PLANS OR CHANGES THAT ARE EFFECTIVE AFTER 1-1-2002
ARE NOT SHOWN IN THIS SECTION.