UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL RODIO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO COMPANY,<br><br>　　　　　　Defendant. | Civil Action No. 04-CV-10006-JGD |

DEFENDANT'S MOTION TO STRIKE
<u>PORTIONS OF AFFIDAVIT OF MICHAEL RODIO</u>

　　　　Defendant R. J. Reynolds Tobacco Company hereby moves for an order striking Paragraphs 4-6, 9, 11-12, and 14-17 of the Affidavit of Michael Rodio that was submitted in opposition to the Defendant's Motion for Summary Judgment. As described in more detail in the accompanying Memorandum of Law in Support of Defendant's Motion to Strike Portions of Affidavit of Michael Rodio, these paragraphs either conflict with Rodio's deposition testimony or mischaracterize the content of exhibits that are in evidence.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　R.J. REYNOLDS TOBACCO COMPANY

　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　<u>/s/ Mark H. Burak　　　　　　</u>
　　　　　　　　　　　　　　　　　　　　Mark H. Burak, BBO# 558805
　　　　　　　　　　　　　　　　　　　　Sandra E. Kahn, BBO # 564510
　　　　　　　　　　　　　　　　　　　　Morse, Barnes-Brown & Pendleton, P.C.
　　　　　　　　　　　　　　　　　　　　Reservoir Place
　　　　　　　　　　　　　　　　　　　　1601 Trapelo Road
　　　　　　　　　　　　　　　　　　　　Waltham, MA 02451
　　　　　　　　　　　　　　　　　　　　(781) 622-5930
　　　　　　　　　　　　　　　　　　　　(781) 622-5933 (facsimile)

OF COUNSEL:

W.R. Loftis, Jr., N.C. Bar No. 2774
Kristine M. Howard, N.C. Bar No. 26903
Candice S. Wooten, N.C. Bar No. 28161
Constangy, Brooks & Smith, LLC
100 North Cherry Street, Suite 300
Winston-Salem, NC   27101
(336) 721-1001
(336) 748-9112 (facsimile)

Dated:  September 29, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on September 29, 2005

/s/ Mark H. Burak