UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL RODIO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10006-JGD |
| | ) | |
| R.J. REYNOLDS | ) | |
| TOBACCO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

DEIN, U.S.M.J.

In accordance with the Court's Memorandum of Decision and Order dated January 5, 2006 granting the defendant's motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the defendant R.J. Reynolds Tobacco Company.

SARAH THORNTON
CLERK OF COURT

 / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  January 27, 2006